

LAW OFFICES OF
CODISPOTI & MANCINELLI, LLP
111 JOHN STREET, SUITE 800
NEW YORK, NEW YORK 10038-3002
TELEPHONE: (212) 962-6525
FACSIMILE: (212) 962-6791
www.CodManllp.com

*ATTORNEYS:*
STEVEN MANCINELLI
    *NEW YORK & NEW JERSEY BARS*
BRUNO F. CODISPOTI
    *NEW YORK BAR*

ERIK M. BASHIAN
    *NEW YORK & NEW JERSEY BARS*

*OF COUNSEL:*
RICHARD L. STRAUSS
    *REGISTERED PATENT ATTORNEY*
ANTOINETTE LANTERI
    *NEW YORK BAR*

July 21, 2008

**BY FACSIMILE**

Honorable Richard J. Holwell
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/08

### Re: *D.L. Byron v. Stanley W. Demarcus, Jr. et. al.*
### *Index No.: 2008 Civ. 05525 (RJH)*

Dear Justice Holwell:

I represent Plaintiffs D.L. Byron, et al., in connection with the above referenced action.

On July 15, 2008, we received your Initial Scheduling Conference Notice and Order dated June 28, 2008 by telefax.

Please be advised that the Complaint has not yet been served on the defendants but will be served shortly. Therefore, the Initial Scheduling Conference date of July 25, 2008 is premature. We hereby request an adjournment of the Conference to a date sometime after September 15, 2008. No previous requests for an adjournment have been made.

We also respectfully request that Your Honor countersign a copy of this letter authorizing the adjournment of the Conference to a date in September, 2008 and return a copy to our office for our records.

I will serve a copy of the Initial Scheduling Conference Notice and this letter to the attorneys for the defendants upon being notified of their appearance in this action.

LAW OFFICES OF
CODISPOTI & MANCINELLI, LLP

Hon. Richard J. Holwell
July 21, 2008
Page - 2

If you have any questions, please do not hesitate to contact us.

Respectfully,

Bruno F. Codispoti

THE INITIAL SCHEDULING CONFERENCE IN
CONNECTION WITH THE ABOVE REFERENCED
ACTION IS HEREBY ADJOURNED TO
SEPTEMBER _19_, 2008, _10:00_ am/pm.

HON. RICHARD J. HOLWELL, U.S.D.J.

cc: Mr. D. L. Byron

N:\Documents\C&M Documents\Clients\Byron, D.L\Shadows\Correspondence\Holwell, R 1.cor